PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Elizabeth Jimenez** | DISTRICT<br><br>Rhode Island | DIVISION<br><br>Providence | DOCKET NUMBER (Tran. Court)<br>1:04CR00092-001<br><br>DOCKET NUMBER (Rec. Court) |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Ernest C. Torres<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br><br>June 14, 2005 | TO:<br><br>June 13, 2007 |

OFFENSE

Illegal Re-Entry After Deportation

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **SOUTHERN DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

11/8/06 — *Date*

Ernest C Torres — *Honorable Ernest C. Torres*
*Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/22/06 — *Date*

[signature] — *United States District Judge*

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk